■ CRISTINA CONTRERAS, Appellant, v ZABAR's et al., Respondents. [740 NYS2d 203] —Order, Supreme Court, New York County (Franklin Weissberg, J.), entered November 29, 2000, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Given the absence of notice to defendants, the mere fact that the surface of defendants' cellar door was slippery when wet is insufficient to raise a triable issue as to negligence (*see, Wasserstrom v New York City Tr. Auth.*, 267 AD2d 36, 37, *lv denied* 94 NY2d 761). The expert affidavit offered by plaintiff was properly given no weight, since the expert's opinion that safety required more than the familiar raised treads on the metal cellar door was not supported by nonconclusory reference to specific, currently applicable safety standards or practices (*see, Cornwell v Otis El. Co.*, 275 AD2d 649; *Mosher v Town of Oppenheim*, 263 AD2d 605, 606). Concur—Tom, J.P., Andrias, Buckley, Wallach and Lerner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO ALVAREZ, Appellant. [740 NYS2d 200] —Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on or about March 23, 2000, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Tom, J.P., Andrias, Buckley, Wallach and Lerner, JJ.